## UNITED STATES *versus* WILLIAM C. KELLY

JOURNAL ENTRIES (1822): *Journal 3:* (1) Recognizance *p. 300; (2) nolle prosequi, prisoner discharged *p. 300.
PAPERS IN FILE: (1) Indictment; (2) capias sur indictment and return.

## IN THE MATTER OF ANTOINE LASSELLE

JOURNAL ENTRIES (1822): *Journal 3:* (1) Motion for discharge overruled *p. 301.
PAPERS IN FILE: [None]